PENNSYLVANIA SYSTEM BOARD OF ADJUST-
MENT OF THE BROTHERHOOD OF RAILWAY
AND STEAMSHIP CLERKS ETC. v. PENNSYL-
VANIA RAILROAD COMPANY ET AL.

APPEAL FROM THE CIRCUIT COURT OF APPEALS FOR THE
THIRD CIRCUIT.

No. 629. Argued January 13, 1925.—Decided March 2, 1925.

Decided upon the authority of *Pennsylvania Federation* v. *Penna.
R. R. Co., ante,* p. 203.
Affirmed.

*Mr. Henry T. Hunt* for appellant.

*Mr. John Hampton Barnes* for appellees.

MR. CHIEF JUSTICE TAFT delivered the opinion of the
Court.

This case turns on substantially the same questions as
those just decided in *Pennsylvania Federation No. 90*
against the same defendant, *ante,* p. 203. It is a bill in
equity by a trade union called The Pennsylvania System
Board of Adjustment of the Brotherhood of Railway and
Steamship Clerks, Freight Handlers, Express and Station
Employees, made up of several classes of employees,
clerical and otherwise, of the Pennsylvania Railroad, seek-
ing to enjoin the Company from maintaining the same
kind of alleged conspiracy as that described and com-
plained of by Federation No. 90 in the previous case.
There is no prayer in the bill in this case for damages as
there was in the other, but the circumstances and the law
sought to be applied to them are in every respect similar.
As in the previous case, elaborate briefs were filed to
justify the contention that Title III of the Transporta-
tion Act vested the employees of the Pennsylvania Road
with definite rights, the violation of which constituted a

legal wrong and that on these a charge of conspiracy could be predicated, and a remedy by injunction might be had in behalf of the complainants. For the same reasons as those stated in the previous case, the same conclusion must be reached. The Circuit Court of Appeals and the District Court were therefore right in dismissing the bill. The decree is

*Affirmed.*